UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES ATTORNEY'S OFFICE**
CRAIG CARPENITO
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874
Fax: (973) 297-2010

*Attorneys for the United States of America*

| | |
|---|---|
| In re<br><br>BARRY GOLUB,<br><br>Debtor. | Case No. 20-10332-MBK<br>Chapter 13<br>**Hearing Date: March 3, 2020**<br>**Hearing Time: 10:00 a.m.**<br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

    The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On February 24, 2020, I sent a copy of the following pleading to the parties listed in the chart below:

    **-Objection of Internal Revenue Service to Confirmation of Debtor's Chapter 13 Plan [Docket No. 16].**

3. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: 2/27/2020

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John J. Hopkins, III, Esq.<br>545 Bath Avenue, Suite 201<br>Long Branch, NJ 07740-4106<br><br>jhopkins@hopkinslaw.com | Debtor's Counsel | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>**X Notice of Electronic Filing (NEF)**<br><br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>**X Notice of Electronic Filing (NEF)**<br><br>☐ Other _____<br>(as authorized by the court *) |

2

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.