|  | Law Offices Of<br>JOHN J. HOPKINS, III |  |
|---|---|---|
| 545 Bath Avenue<br>P.O. Box 4106<br>Long Branch, New Jersey 07740 | (Jhopkins@HopkinsLaw.com)<br><br>(732) 263-1414 Phone<br>(732) 263-1042 Facsimile | ° John J. Hopkins, III<br><br>John J. Hopkins, Sr. (1922-1999)<br>° Member NJ & PA Bars |

April 27, 2020

Hon. Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court Trenton
U.S. Courthouse
2nd Floor
402 East State Street
Trenton, NJ 08608

Re: In Re Barry Golub
Chapter 13
Case No. 20-10332-MBK
Adversary
Motion Return April 28, 2020

Dear Judge Kaplan:

This office filed a motion to turn over assets to the City of Trenton.  That issue has been resolved with the Court entering an Order to lift the stay to allow the foreclosure on the Property.

We hereby withdraw the Motion and notice all Iterested parties of the withdrawal.  We thank the Court for its attention.

Respectfully,

/s/ John J. Hopkins

John J. Hopkins, Esq.

JJH/cd
cc: Francis J. Ballak, Jr., Esq.    francis@gmslaw.com