| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |  |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |  |  |

Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barry Golub

Case No.: 20-10332

Hearing Date: 

Judge: Michael B. Kaplan

Chapter: 13

# ORDER CONVERTING CASE TO CHAPTER 11

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

**DATED: August 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ John J. Hopkins III _____ and for good cause shown, it is

ORDERED that this case is converted from chapter __13__ to chapter 11, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- ❏ ORDERED that if the movant is the debtor, and the filing fee for the underlying motion to convert has not been paid, the fee in the amount of _____ is due immediately. If the fee is not paid within 14 days of the date of this order the case will be dismissed without further notice, and it is further

- ❏ ORDERED that if the case is converting from chapter 7, and the filing fee under that chapter was waived via prior order of this court, the Order is hereby revoked and the debtor must pay the chapter 11 filing fee in the amount of _____ in full or if the debtor is an individual, file an Application to Pay in Installments within 14 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that:

- ❏ the United State Trustee shall immediately appoint a chapter 11 trustee in this case, and it is further

ORDERED that the chapter __13__ trustee shall:

- • immediately turnover to the debtor, or the chapter 11 trustee if one has been appointed, all records and property of the estate in his/her custody or control,

2

- within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

- within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

- the conversion is conditioned upon payment by the debtor(s) of all allowed chapter __13__ administrative expenses within _____ days, and it is further

ORDERED that:

- the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),

- a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d), and it is further

IT IS FURTHER ORDERED the stay of the pending adversary, Golub v. IRS (Case No. 20-01329-MBK), is terminated. Defendant in the adversary proceeding is directed to file an answer or move within 45 days of this order.

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Barry Golub
    Debtor

Case No. 20-10332-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2020
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db          +Barry Golub,    24 Cliffwood Dr.,    Allentown, NJ 08501-2041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
        Albert   Russo     docs@russotrustee.com
        Denise E. Carlon     on behalf of Creditor     PNC Mortgage, a Division of PNC Bank, National
         Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Eamonn   O'Hagan     on behalf of Creditor     United States of America (Internal Revenue Service)
         eamonn.ohagan@usdoj.gov
        Francis J. Ballak     on behalf of Creditor     Trenton, City of francis@gmslaw.com
        John J. Hopkins, III     on behalf of Plaintiff Barry   Golub jhopkins@hopkinslaw.com
        John J. Hopkins, III     on behalf of Debtor Barry   Golub jhopkins@hopkinslaw.com
        Keith A. Bonchi     on behalf of Creditor     Trenton, City of keith@gmslaw.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
        Ward   Benson     on behalf of Creditor     United States of America (Internal Revenue Service)
         ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
                                                                                                           TOTAL: 9