Order Filed on October 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ 08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for City of Trenton (63216(132))

In Re:

**BARRY GOLUB**
                    Debtors

Case No.:    20-10332

Hearing Date:

Judge:    Michael B. Kaplan

## CONSENT ORDER AMENDING PRIOR ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (3) through two (3) is hereby

**ORDERED:**

**DATED: October 16, 2020**

Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon application by Francis Ballak, Esq. on behalf of the City of Trenton for an Order Amending a typographical error in a previously entered Order dated April 9, 2020 which granted relief from the Stay under section 362(d) of the Bankruptcy Code to the City of Trenton as it pertains to certain real property located on Race Street in the City of Trenton and it being agreed upon by the parties hereto that the prior Order incorrectly referred to property located on Ray Street; and the Court having considered the matter and finding good cause; hereby Amends the April 9, 2020 Order as follows;

ORDERED that the Order dated April 9, 2020 in which the automatic stay of Bankruptcy Code §362 was vacated as to the City of Trenton is hereby Amended in Order to correct a typographical error in which the name of the real property street at issue was incorrectly identified as Ray St. instead of Race St. As such, this Order is intended to reflect the correct spelling of the Street and confirms the Order to permit the City of Trenton, its successors and/or assigns to continue, institute or otherwise resume and prosecute to conclusion one or more actions, including, but not limited to foreclosure and eviction proceedings, in the Court(s) or appropriate jurisdiction to foreclosure the Tax Sale Certificate lien held by the City of Trenton upon the following:

Land and premises, if any, known as:

Block 8902, Lot 60 a/k/a Race Street, City of Trenton, New Jersey.

The movant may join the Debtor and any trustee appointed in this case as Defendants in the foreclosure actions, irrespective of any conversion to any other chapter of the Bankruptcy Code.

I HEREBY CONSENT TO THE FORM OF THE ORDER:


Law Office of John J. Hopkins, III
Counsel for the Debtor

_____          10/4/20
JOHN J. HOPKINS, Esq.                     DATE


GOLDENBERG, MACKLER, SAYEGH,
MINTZ, PFEFFER, BONCHI & GILL
Counsel for City of Trenton

_____          10/9/20
FRANCIS J. BALLAK, ESQUIRE                DATE


United States Dept. Of Justice
Office of the United States Trustee

 /s/ Margaret McGee, Esquire              10/7/20
Margaret Mcgee, ESQUIRE                   DATE