UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ 08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for City of Trenton (63216(132))

In Re:

**BARRY GOLUB**
    Debtors

Order Filed on October 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-10332

Hearing Date:

Judge: Michael B. Kaplan

## CONSENT ORDER AMENDING PRIOR ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (3) through two (3) is hereby

**ORDERED:**

**DATED: October 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon application by Francis Ballak, Esq. on behalf of the City of Trenton for an Order Amending a typographical error in a previously entered Order dated April 9, 2020 which granted relief from the Stay under section 362(d) of the Bankruptcy Code to the City of Trenton as it pertains to certain real property located on Race Street in the City of Trenton and it being agreed upon by the parties hereto that the prior Order incorrectly referred to property located on Ray Street; and the Court having considered the matter and finding good cause; hereby Amends the April 9, 2020 Order as follows;

ORDERED that the Order dated April 9, 2020 in which the automatic stay of Bankruptcy Code §362 was vacated as to the City of Trenton is hereby Amended in Order to correct a typographical error in which the name of the real property street at issue was incorrectly identified as Ray St. instead of Race St. As such, this Order is intended to reflect the correct spelling of the Street and confirms the Order to permit the City of Trenton, its successors and/or assigns to continue, institute or otherwise resume and prosecute to conclusion one or more actions, including, but not limited to foreclosure and eviction proceedings, in the Court(s) or appropriate jurisdiction to foreclosure the Tax Sale Certificate lien held by the City of Trenton upon the following:

Land and premises, if any, known as:

Block 8902, Lot 60 a/k/a Race Street, City of Trenton, New Jersey.

The movant may join the Debtor and any trustee appointed in this case as Defendants in the foreclosure actions, irrespective of any conversion to any other chapter of the Bankruptcy Code.

I HEREBY CONSENT TO THE FORM OF THE ORDER:

Law Office of John J. Hopkins, III
Counsel for the Debtor

_____       10/4/20
JOHN J. HOPKINS, Esq.                 DATE

GOLDENBERG, MACKLER, SAYEGH,
MINTZ, PFEFFER, BONCHI & GILL
Counsel for City of Trenton

_____       10/4/20
FRANCIS J. BALLAK, ESQUIRE            DATE

United States Dept. Of Justice
Office of the United States Trustee

/s/ Margaret McGee, Esquire           10/7/20
Margaret Mcgee, ESQUIRE               DATE

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10332-MBK |
| Barry Golub | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

**Recip ID            Recipient Name and Address**
db            +  Barry Golub, 24 Cliffwood Dr., Allentown, NJ 08501-2041

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Francis J. Ballak
    on behalf of Creditor Trenton  City of francis@gmslaw.com

John J. Hopkins, III
    on behalf of Plaintiff Barry Golub jhopkins@hopkinslaw.com

John J. Hopkins, III
    on behalf of Debtor Barry Golub jhopkins@hopkinslaw.com

Keith A. Bonchi

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

          on behalf of Creditor Trenton City of keith@gmslaw.com

Margaret Mcgee
          on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

Ward Benson
          on behalf of Creditor United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov
          Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Ward Benson
          on behalf of Defendant IRS ward.w.benson@usdoj.gov  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 10