**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____
**NEW JERSEY**

In re: Barry Golub

**Case No.** __20-10332__
**Reporting Period: OCTOBER 2020**

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | x | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____          __11/17/2020__
Signature of Debtor                                                Date

_____          _____
Signature of Joint Debtor                                         Date

_____          _____
Signature of Authorized Individual*                      Date

_____          _____
Printed Name of Authorized Individual                Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: Barry Golub

      Debtor

Case No. __20-10332__

Reporting Period   **OCTOBER 2020**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $13,260.00 | |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | |
| **Interest and Dividend Income** | 0.00 | |
| Alimony and Child Support | 0.00 | |
| Social Security and Pension Income | 0.00 | |
| Sale of Assets | 0.00 | |
| Unemployment | 5,910.00 | |
| Commissions | 10,606.87 | |
| Other Income (attach schedule) | 1,173.39 | |
| **Total Receipts** | $17,690.26 | |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,268.17 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 776.58 | |
| Insurance | 0.00 | |
| Auto Expense | 164.03 | |
| Lease Payments | 0.00 | |
| IRA Contributions | 0.00 | |
| Repairs and Maintenance | 0.00 | |
| Medical Expenses | 434.68 | |
| Household Expenses | 10,257.64 | |
| Charitable Contributions | 0.00 | |
| Alimony and Child Support Payments | 0.00 | |
| Taxes - Real Estate | 4,752.16 | |
| Taxes - Personal Property | 0.00 | |
| Taxes - Other (attach schedule) | 0.00 | |
| Travel and Entertainment | 116.66 | |
| Gifts | 0.00 | |
| Other (attach schedule) | 0.00 | |
| Total Ordinary Disbursements | $17,769.92 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0.00 | |
| U. S. Trustee Fees | 0.00 | |
| Other Reorganization Expenses (attach schedule) | 0.00 | |
| Total Reorganization Items | $0.00 | |
| | | |
| **Total Disbursements  (Ordinary  +  Reorganization)** | $17,769.92 | |
| | | |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | ($79.66) | |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $13,180.34 | |

FORM MOR-1(INDV)

(9/99)

In re: Barry Golub                          Case No. ___20-10332_
       Debtor                          Reporting Period:                **OCTOBER 2020**

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Chap 13 Trustee Reimbursement | 953.40 | |
| BJ Wholesale          Refund | 19.99 | |
| Mobile Deposit        Reimbursement | 120.00 | |
| Venmo                 Reimbursement | 80.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re: Barry Golub

Debtor

# INDIVIDUAL DEBTOR CASH RECEIPTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Barry Golub's TD Account

| Date | Payror | Expanation | Amount |
|------|--------|------------|--------|
| 10/2/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 10/5/2020 | MOBILE DEPOSIT | Chap 13 Trustee Reimbursement | 953.40 |
| 10/9/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 10/16/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 10/23/2020 | STATE OF NJ - LA UEMPLOYMEN | Unemployment | 1,800.00 |
| 10/23/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 10/30/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
|  |  |  | 5,963.40 |

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Barry Golub's TD Bank Account

| Date | Payee | Expanation | Amount |
|---|---|---|---|
| 10/2/2020 | AMERIHEALTH HMO OF NJ | Medical Ins Prem | 364.92 |
| 10/5/2020 | DEL PONTES COAL FIRED PI | Dinner | 51.62 |
| 10/5/2020 | ACME 3919 | Groceries | 245.64 |
| 10/6/2020 | PAYPAL  NETFLIX COM | Cable TV | 13.85 |
| 10/7/2020 | AMZN MKTP US MK1LT9HJ1 | Back Brace | 34.67 |
| 10/7/2020 | WAWA STORE 83300083303 | Gasoline | 36.68 |
| 10/8/2020 | E Z PASSNY PAYMENT | Tolls | 35.00 |
| 10/13/2020 | PP GOOGLE GOOGLE STORAGE | Computer storage | 1.99 |
| 10/13/2020 | BJS WHOLESALE  0 900 MAR | Groceries | 73.24 |
| 10/13/2020 | BEST BUY    00005785 | Computer supplies | 127.94 |
| 10/14/2020 | D J WALL ST JOURNAL | Subscription | 19.99 |
| 10/15/2020 | SHOPRITE HAMILTON S1 | Groceries | 139.24 |
| 10/16/2020 | E Z PASSNY PAYMENT | Tolls | 35.00 |
| 10/16/2020 | SHOPRITE HAMILTON S1 | Groceries | 139.38 |
| 10/19/2020 | APPLE COM BILL | Computer storage | 0.99 |
| 10/19/2020 | DOLLAR TR 650 MARKETPL | Household Supps | 8.46 |
| 10/19/2020 | WAL MART  WAL MART STO | Groceries | 9.56 |
| 10/19/2020 | BJS WHOLESALE  0 900 MAR | Groceries | 12.78 |
| 10/19/2020 | LOWE S  1046 | Household Supps | 23.61 |
| 10/19/2020 | DELTA            HAMILTON    * NJ | Gasoline | 41.55 |
| 10/19/2020 | LOWE S  1046 | Household Supps | 46.89 |
| 10/19/2020 | PETES STEAKHOUSE TAVERN    TRENTON    * NJ | Dinner | 58.44 |
| 10/21/2020 | SHOPRITE EAST WINDSOR S1    EAST WINDSOR * NJ | Groceries | 118.53 |
| 10/22/2020 | WAWA 986    00009860 | Groceries | 5.00 |
| 10/22/2020 | PAYPAL  FRNDLY TV | Cable TV | 7.99 |
| 10/23/2020 | APPLE COM BILL | Computer storage | 0.99 |
| 10/23/2020 | MCDONALD S F4561 | Lunch | 6.60 |
| 10/26/2020 | PAYPAL  LOCASTORG | Cable TV | 5.50 |
| 10/26/2020 | PHILO INC | Cable TV | 20.00 |
| 10/26/2020 | TW04B942  2283 ROUTE 33 | Household Supps | 60.00 |
| 10/26/2020 | FUBOTV INC | Cable TV | 79.99 |
| 10/26/2020 | COSTCO WHSE  1199 | Groceries | 97.45 |
| 10/26/2020 | ACME 3919 | Groceries | 121.99 |
| 10/26/2020 | BJS WHOLESALE  0 900 MAR | Groceries | 233.23 |
| 10/28/2020 | PAYPAL  MICROSOFT ONEDRI | Computer storage | 1.99 |
| 10/28/2020 | PAYPAL  HULU | Cable TV | 13.09 |
| 10/29/2020 | SHOPRITE HAMILTON S1 | Groceries | 252.02 |
| 10/30/2020 | WAWA 8345    00083451 | Gasoline | 40.81 |
| 10/30/2020 | OPTIMUM 7865 | Internet service | 68.49 |
| | | | 2,655.11 |

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH RECEIPTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Rhonda Golub's TD Account

| Date | Payror | Expanation | Amount |
|------|--------|-----------|--------|
| 10/2/2020 | BJS WHOLESALE  0141 | Refund | 19.99 |
| 10/2/2020 | MOBILE DEPOSIT | | 120.00 |
| 10/5/2020 | VENMO          CASHOUT | Reimbursement | 80.00 |
| 10/13/2020 | F&RAGENTCOMM     COMMISSION | Commission | 1,097.50 |
| 10/14/2020 | F&RAGENTCOMM     COMMISSION | Commission | 1,800.00 |
| 10/14/2020 | F&RAGENTCOMM     COMMISSION | Commission | 2,078.12 |
| 10/23/2020 | STATE OF NJ - LA UEMPLOYMEN | Unemployment | 900.00 |
| 10/26/2020 | F&RAGENTCOMM     COMMISSION | Commission | 3,015.63 |
| 10/27/2020 | F&RAGENTCOMM     COMMISSION | Commission | 2,615.62 |

11,726.86

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Rhonda Golub's TD Account

| Date | Payee | Expanation | Amount |
|---|---|---|---|
| 10/1/2020 | COSTCO GAS  1199          LAWRENCE TOWN * NJ | Gasoline | 15.80 |
| 10/1/2020 | Upper Freehold Twp | Real Estate Taxes | 1,300.00 |
| 10/2/2020 | ABC JERSEY STRONG          888 8279262   * NJ | Gym | 10.66 |
| 10/2/2020 | ABC JERSEY STRONG          888 8279262   * NJ | Gym | 26.62 |
| 10/2/2020 | SUSHI PALACE          PRINCETON     * NJ | Dinner | 74.63 |
| 10/2/2020 | KOHLS          ONLINE PMT | CC payment | 200.00 |
| 10/5/2020 | LIBERTY DINER II          BORDENTOWN   * NJ | Breakfast | 40.12 |
| 10/5/2020 | PETES STEAKHOUSE TAVERN     TRENTON       * NJ | Dinner | 43.82 |
| 10/5/2020 | BJS WHOLESALE  0 900 MAR     HAMILTON       * NJ | Groceries | 4.65 |
| 10/5/2020 | GLADYS   CARLOTTA INC       BRADLEY BEACH * NJ | | 13.86 |
| 10/6/2020 | CHASE CARD SERV  ONLINE PMT | CC payment | 1,000.00 |
| 10/8/2020 | DISCOVER CARD   ONLINE PMT | CC payment | 1,581.93 |
| 10/8/2020 | SHOPRITE HAMILTON S1        HAMILTON     * NJ | Groceries | 180.06 |
| 10/9/2020 | PSE&G          ONLINE PMT | Utilities | 150.00 |
| 10/9/2020 | PNC CONSUMER LN  ONLINE PMT | Loan Payment | 1,268.17 |
| 10/13/2020 | ALDI 60004          TRENTON       * NJ | Groceries | 66.77 |
| 10/13/2020 | COSTCO WHSE  1199          LAWRENCE TOWN * NJ | Groceries | 179.52 |
| 10/13/2020 | Lynn Steinberg | Diet class | 12.00 |
| 10/13/2020 | Elite Design and Landscaping | Landscaping | 191.93 |
| 10/14/2020 | CITI CARD ONLINE PAYMENT | CC payment | 105.00 |
| 10/14/2020 | AT&T MOBILITY   ONLINE PMT | Cell phone | 321.34 |
| 10/15/2020 | FSTENERGY JCPL  ONLINE PMT | Utilities | 305.24 |
| 10/19/2020 | YOGI S DINER          HAMILTON       * NJ | Breakfast | 6.00 |
| 10/19/2020 | CVS PHARM 02117 2307        ROBBINSVILLE  * NJ | Perscriptions | 35.09 |
| 10/19/2020 | BJS WHOLESALE  0 900 MAR     HAMILTON       * NJ | Groceries | 16.47 |
| 10/19/2020 | CITI AUTOPAY     PAYMENT | CC payment | 105.00 |
| 10/20/2020 | DISCOVER CARD   ONLINE PMT | CC payment | 500.00 |
| 10/20/2020 | Upper Freehold Twp | Real Estate Taxes | 1,000.00 |
| 10/27/2020 | WASTE MANAGEMENT ONLINE PMT | Trash Removal | 161.61 |
| 10/27/2020 | DISCOVER CARD   ONLINE PMT | CC payment | 500.00 |
| 10/27/2020 | Adele Kolbrener | Mom | 200.00 |
| 10/27/2020 | Upper Freehold Twp | Real Estate Taxes | 1,000.00 |
| 10/29/2020 | Upper Freehold Twp | Real Estate Taxes | 1,452.16 |
| 10/30/2020 | KOHLS          ONLINE PMT | CC payment | 46.36 |
| 10/30/2020 | CHASE CARD SERV  ONLINE PMT | CC payment | 3,000.00 |
| | | | 15,114.81 |

 **Bank**

America's Most Convenient Bank®         E      STATEMENT OF ACCOUNT

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ
24 CLIFFWOOD DR
ALLENTOWN NJ  08501-0000

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,217.51 | Average Collected Balance | 3,902.61 |
| Deposits | 953.40 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,010.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,655.11 | Days in Period | 31 |
| Ending Balance | 5,525.80 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | MOBILE DEPOSIT | 953.40 |
| | Subtotal: | 953.40 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 10/09 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 10/16 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 10/23 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN ***-*7-7025 | 1,800.00 |
| 10/23 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 10/30 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| | Subtotal: | 5,010.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT CARD PURCHASE, *****30079381471, AUT 100120 VISA DDA PUR<br>AMERIHEALTH HMO OF NJ      800 275 2583  * PA | 364.92 |
| 10/05 | DEBIT POS, *****30079381471, AUT 100420 DDA PURCH W/CB<br>ACME 3919           HAMILTON SQ  * NJ | 245.64 |
| 10/05 | DEBIT CARD PURCHASE, *****30079381471, AUT 100320 VISA DDA PUR<br>DEL PONTES COAL FIRED PI   732 8690070  * NJ | 51.62 |
| 10/06 | DEBIT CARD PAYMENT, *****30079381471, AUT 100520 VISA DDA PUR<br>PAYPAL  NETFLIX COM     402 935 7733  * CA | 13.85 |
| 10/07 | DEBIT CARD PURCHASE, *****30079381471, AUT 100620 VISA DDA PUR<br>WAWA STORE 83300083303     MONROE      * NJ | 36.68 |
| 10/07 | DEBIT CARD PURCHASE, *****30079381471, AUT 100620 VISA DDA PUR<br>AMZN MKTP US MK1LT9HJ1     AMZN COM BILL * WA | 34.67 |
| 10/08 | DEBIT CARD PURCHASE, *****30079381471, AUT 100620 VISA DDA PUR<br>E Z PASSNY PAYMENT      800 333 8655  * NY | 35.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 5,525.80 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals − | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

Page:                          3 of 4
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/13 | DEBIT POS, *****30079381471, AUT 101220 DDA PURCHASE<br>BEST BUY  00005785   PRINCETON   * NJ | 127.94 |
| 10/13 | DEBIT POS, *****30079381471, AUT 101120 DDA PURCHASE<br>BJS WHOLESALE 0 900 MAR  HAMILTON   * NJ | 73.24 |
| 10/13 | DEBIT CARD PURCHASE, *****30079381471, AUT 101120 VISA DDA PUR<br>PP GOOGLE GOOGLE STORAGE   402 935 7733 * CA | 1.99 |
| 10/14 | DEBIT CARD PAYMENT, *****30079381471, AUT 101320 VISA DDA PUR<br>D J WALL ST JOURNAL    800 568 7625 * MA | 19.99 |
| 10/15 | DEBIT POS, *****30079381471, AUT 101520 DDA PURCH W/CB<br>SHOPRITE HAMILTON S1    HAMILTON    * NJ | 139.24 |
| 10/16 | DEBIT POS, *****30079381471, AUT 101620 DDA PURCH W/CB<br>SHOPRITE HAMILTON S1    HAMILTON    * NJ | 139.38 |
| 10/16 | DEBIT CARD PURCHASE, *****30079381471, AUT 101420 VISA DDA PUR<br>E Z PASSNY PAYMENT    800 333 8655 * NY | 35.00 |
| 10/19 | DEBIT CARD PURCHASE, *****30079381471, AUT 101520 VISA DDA PUR<br>PETES STEAKHOUSE TAVERN   TRENTON    * NJ | 58.44 |
| 10/19 | DEBIT POS, *****30079381471, AUT 101720 DDA PURCHASE<br>LOWE S 1046     HAMILTON    * NJ | 46.89 |
| 10/19 | DEBIT CARD PURCHASE, *****30079381471, AUT 101820 VISA DDA PUR<br>DELTA      HAMILTON    * NJ | 41.55 |
| 10/19 | DEBIT POS, *****30079381471, AUT 101820 DDA PURCHASE<br>LOWE S 1046     HAMILTON    * NJ | 23.61 |
| 10/19 | DEBIT POS, *****30079381471, AUT 101720 DDA PURCHASE<br>BJS WHOLESALE 0 900 MAR  HAMILTON    * NJ | 12.78 |
| 10/19 | DEBIT POS, *****30079381471, AUT 101820 DDA PURCHASE<br>WAL MART  WAL MART STO   HAMILTON    * NJ | 9.56 |
| 10/19 | DEBIT POS, *****30079381471, AUT 101820 DDA PURCHASE<br>DOLLAR TR 650 MARKETPL   HAMILTON    * NJ | 8.46 |
| 10/19 | DEBIT CARD PAYMENT, *****30079381471, AUT 101720 VISA DDA PUR<br>APPLE COM BILL     866 712 7753 * CA | 0.99 |
| 10/21 | DEBIT POS, *****30079381471, AUT 102120 DDA PURCH W/CB<br>SHOPRITE EAST WINDSOR S1   EAST WINDSOR  * NJ | 118.53 |
| 10/22 | DEBIT CARD PURCHASE, *****30079381471, AUT 102120 VISA DDA PUR<br>PAYPAL  FRNDLY TV    402 935 7733 * CO | 7.99 |
| 10/22 | DEBIT CARD PURCHASE, *****30079381471, AUT 102120 VISA DDA PUR<br>WAWA 986   00009860    JAMESBURG   * NJ | 5.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30079381471, AUT 102220 VISA DDA PUR<br>MCDONALD S F4561     EAST BRUNSWIC * NJ | 6.60 |
| 10/23 | DEBIT CARD PAYMENT, *****30079381471, AUT 102120 VISA DDA PUR<br>APPLE COM BILL     866 712 7753 * CA | 0.99 |
| 10/26 | DEBIT POS, *****30079381471, AUT 102520 DDA PURCH W/CB<br>BJS WHOLESALE 0 900 MAR  HAMILTON    * NJ | 233.23 |
| 10/26 | DEBIT POS, *****30079381471, AUT 102520 DDA PURCHASE<br>ACME 3919      HAMILTON SQ * NJ | 121.99 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

Page:                                    4 of 4
Statement Period:      Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | DEBIT POS, *****30079381471, AUT 102620 DDA PURCHASE<br>COSTCO WHSE 1199        LAWRENCE TOWN * NJ | 97.45 |
| 10/26 | DEBIT CARD PAYMENT, *****30079381471, AUT 102520 VISA DDA PUR<br>FUBOTV INC        844 4413826  * NY | 79.99 |
| 10/26 | TD ATM DEBIT, *****30079381471, AUT 102520 DDA WITHDRAW<br>2283 ROUTE 33        HAMILTON TWP  * NJ | 60.00 |
| 10/26 | DEBIT CARD PAYMENT, *****30079381471, AUT 102420 VISA DDA PUR<br>PHILO INC        HTTPSPHILO CO * CA | 20.00 |
| 10/26 | DEBIT CARD PURCHASE, *****30079381471, AUT 102420 VISA DDA PUR<br>PAYPAL LOCASTORG        402 935 7733 * NY | 5.50 |
| 10/28 | DEBIT CARD PAYMENT, *****30079381471, AUT 102720 VISA DDA PUR<br>PAYPAL HULU        402 935 7733  * CA | 13.09 |
| 10/28 | DEBIT CARD PURCHASE, *****30079381471, AUT 102720 VISA DDA PUR<br>PAYPAL MICROSOFT ONEDRI    402 935 7733 * WA | 1.99 |
| 10/29 | DEBIT POS, *****30079381471, AUT 102920 DDA PURCH W/CB<br>SHOPRITE HAMILTON S1        HAMILTON      * NJ | 252.02 |
| 10/30 | DEBIT CARD PURCHASE, *****30079381471, AUT 102820 VISA DDA PUR<br>OPTIMUM 7865        973 230 6046  * NY | 68.49 |
| 10/30 | DEBIT CARD PURCHASE, *****30079381471, AUT 102920 VISA DDA PUR<br>WAWA 8345    00083451      BORDENTOWN    * NJ | 40.81 |

Subtotal: 2,655.11

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 2,217.51 | 10/16 | 3,777.75 |
| 10/02 | 2,494.59 | 10/19 | 3,575.47 |
| 10/05 | 3,150.73 | 10/21 | 3,456.94 |
| 10/06 | 3,136.88 | 10/22 | 3,443.95 |
| 10/07 | 3,065.53 | 10/23 | 5,878.36 |
| 10/08 | 3,030.53 | 10/26 | 5,260.20 |
| 10/09 | 3,672.53 | 10/28 | 5,245.12 |
| 10/13 | 3,469.36 | 10/29 | 4,993.10 |
| 10/14 | 3,449.37 | 10/30 | 5,525.80 |
| 10/15 | 3,310.13 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

 **Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

RHONDA L GOLUB
24 CLIFFWOOD DRIVE
ALLENTOWN NJ  08501

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Sep 21 2020-Oct 20 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## TD Convenience Checking

RHONDA L GOLUB

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,520.10 | Average Collected Balance | 9,550.95 |
| Deposits | 120.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,640.86 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 12.00 | Days in Period | 30 |
| Electronic Payments | 15,785.54 | | |
| Ending Balance | 7,483.42 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | MOBILE DEPOSIT | 120.00 |
| | Subtotal: | 120.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | ACH DEPOSIT, VENMO CASHOUT ****565566 | 49.00 |
| 09/23 | ATM CHECK DEPOSIT, *****30048471767<br>AUT 092320 ATM CHECK DEPOSI<br>1130 WHITE HORSE ROAD      HAMILTON      * NJ | 516.25 |
| 10/02 | DEBIT CARD CREDIT, *****30048471767, AUT 100220 VISA DDA REF<br>BJS WHOLESALE  0141      HAMILTON      * NJ | 19.99 |
| 10/05 | ACH DEPOSIT, VENMO CASHOUT ****407308 | 80.00 |
| 10/13 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 1,097.50 |
| 10/14 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 1,800.00 |
| 10/14 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 2,078.12 |
| | Subtotal: | 5,640.86 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 10/13 | 252 | 12.00 | |
| | | Subtotal: | 12.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 7,483.42 |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RHONDA L GOLUB

Page:                                          3 of 5
Statement Period:      Sep 21 2020-Oct 20 2020
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | DEBIT CARD PURCHASE, *****30048471767, AUT 091820 VISA DDA PUR<br>SPOTHERO 844 356 8054        HTTPSSPOTHERO * IL | 19.99 |
| 09/21 | DEBIT POS, *****30048471767, AUT 092120 DDA PURCHASE<br>BJS WHOLESALE 0 900 MAR    HAMILTON      * NJ | 103.98 |
| 09/22 | DEBIT CARD PAYMENT, *****30048471767, AUT 092120 VISA DDA PUR<br>ABC JERSEY STRONG          888 8279262   * NJ | 5.50 |
| 09/22 | DEBIT CARD PAYMENT, *****30048471767, AUT 092120 VISA DDA PUR<br>ABC JERSEY STRONG          888 8279262   * NJ | 13.74 |
| 09/23 | TD ATM DEBIT, *****30048471767, AUT 092320 DDA WITHDRAW<br>1130 WHITE HORSE ROAD      HAMILTON      * NJ | 20.00 |
| 09/23 | TDBANK BILL PAY CHECK, UFT TAX COLLECTOR<br>CHECK# 996034 | 3,000.00 |
| 09/23 | TDBANK BILL PAY CHECK, UFT TAX COLLECTOR<br>CHECK# 996037 | 3,500.00 |
| 09/25 | DEBIT POS, *****30048471767, AUT 092520 DDA PURCHASE<br>SHOPRITE HAMILTON S1        HAMILTON      * NJ | 3.99 |
| 09/28 | DEBIT POS, *****30048471767, AUT 092620 DDA PURCHASE<br>ALDI 60090          HAMILTON      * NJ | 73.25 |
| 09/28 | DEBIT POS, *****30048471767, AUT 092620 DDA PURCHASE<br>SHOPRITE HAMILTON SQR S1    TRENTON      * NJ | 82.76 |
| 09/29 | TDBANK BILL PAY CHECK, ADELE KOLBRENER<br>CHECK# 996027 | 200.00 |
| 09/30 | ELECTRONIC PMT-WEB, CREDIT KARMA TRANSFER ****742965 | 10.00 |
| 09/30 | DEBIT POS, *****30048471767, AUT 093020 DDA PURCHASE<br>BJS WHOLESALE 0 900 MAR    HAMILTON      * NJ | 9.65 |
| 10/01 | DEBIT CARD PURCHASE, *****30048471767, AUT 093020 VISA DDA PUR<br>COSTCO GAS  1199      LAWRENCE TOWN * NJ | 15.80 |
| 10/01 | TDBANK BILL PAY CHECK, UFT TAX COLLECTOR<br>CHECK# 996041 | 1,300.00 |
| 10/02 | DEBIT CARD PAYMENT, *****30048471767, AUT 100120 VISA DDA PUR<br>ABC JERSEY STRONG          888 8279262   * NJ | 10.66 |
| 10/02 | DEBIT CARD PAYMENT, *****30048471767, AUT 100120 VISA DDA PUR<br>ABC JERSEY STRONG          888 8279262   * NJ | 26.62 |
| 10/02 | DEBIT CARD PURCHASE, *****30048471767, AUT 100120 VISA DDA PUR<br>SUSHI PALACE        PRINCETON    * NJ | 74.63 |
| 10/02 | TD BILL PAY SERV, KOHLS ONLINE PMT TDB****39211POS | 200.00 |
| 10/05 | DEBIT CARD PURCHASE, *****30048471767, AUT 100120 VISA DDA PUR<br>LIBERTY DINER II        BORDENTOWN    * NJ | 40.12 |
| 10/05 | DEBIT CARD PURCHASE, *****30048471767, AUT 100220 VISA DDA PUR<br>PETES STEAKHOUSE TAVERN    TRENTON      * NJ | 43.82 |
| 10/05 | DEBIT POS, *****30048471767, AUT 100220 DDA PURCHASE<br>BJS WHOLESALE 0 900 MAR    HAMILTON      * NJ | 4.65 |
| 10/05 | DEBIT CARD PURCHASE, *****30048471767, AUT 100320 VISA DDA PUR<br>GLADYS  CARLOTTA INC    BRADLEY BEACH * NJ | 13.86 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RHONDA L GOLUB

Page: 4 of 5
Statement Period: Sep 21 2020-Oct 20 2020
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | TD BILL PAY SERV, CHASE CARD SERV ONLINE PMT TDB****39211POS | 1,000.00 |
| 10/08 | TD BILL PAY SERV, DISCOVER CARD ONLINE PMT TDB****39211POS | 1,581.93 |
| 10/08 | DEBIT POS, *****30048471767, AUT 100820 DDA PURCH W/CB<br>SHOPRITE HAMILTON S1    HAMILTON    * NJ | 180.06 |
| 10/09 | TD BILL PAY SERV, PSE&G ONLINE PMT TDB****39211POS | 150.00 |
| 10/09 | TD BILL PAY SERV, PNC CONSUMER LN ONLINE PMT TDB****39211POS | 1,268.17 |
| 10/13 | DEBIT POS, *****30048471767, AUT 101020 DDA PURCHASE<br>ALDI 60004      TRENTON    * NJ | 66.77 |
| 10/13 | DEBIT POS, *****30048471767, AUT 101120 DDA PURCHASE<br>COSTCO WHSE  1199      LAWRENCE TOWN * NJ | 179.52 |
| 10/13 | TDBANK BILL PAY CHECK,<br>ELITE DESIGN AND LANDSCAPING<br>CHECK# 996030 | 191.93 |
| 10/14 | ELECTRONIC PMT-WEB, CITI CARD ONLINE PAYMENT ****32912930174 | 105.00 |
| 10/14 | TD BILL PAY SERV, AT&T MOBILITY ONLINE PMT TDB****39211POS | 321.34 |
| 10/15 | TD BILL PAY SERV, FSTENERGY JCPL ONLINE PMT TDB****39211POS | 305.24 |
| 10/19 | DEBIT CARD PURCHASE, *****30048471767, AUT 101720 VISA DDA PUR<br>YOGI S DINER      HAMILTON    * NJ | 6.00 |
| 10/19 | DEBIT POS, *****30048471767, AUT 101720 DDA PURCHASE<br>CVS PHARM 02117  2307      ROBBINSVILLE  * NJ | 35.09 |
| 10/19 | DEBIT POS, *****30048471767, AUT 101820 DDA PURCHASE<br>BJS WHOLESALE  0 900 MAR   HAMILTON    * NJ | 16.47 |
| 10/19 | ELECTRONIC PMT-WEB, CITI AUTOPAY PAYMENT ****50578782947 | 105.00 |
| 10/20 | TD BILL PAY SERV, DISCOVER CARD ONLINE PMT TDB****39211POS | 500.00 |
| 10/20 | TDBANK BILL PAY CHECK,<br>UPPER FREEHOLD TAX COLLECTOR<br>CHECK# 996049 | 1,000.00 |

Subtotal: 15,785.54

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/20 | 17,520.10 | 10/05 | 9,532.32 |
| 09/21 | 17,445.13 | 10/06 | 8,532.32 |
| 09/22 | 17,425.89 | 10/08 | 6,770.33 |
| 09/23 | 11,422.14 | 10/09 | 5,352.16 |
| 09/25 | 11,418.15 | 10/13 | 5,999.44 |
| 09/28 | 11,262.14 | 10/14 | 9,451.22 |
| 09/29 | 11,062.14 | 10/15 | 9,145.98 |
| 09/30 | 11,042.49 | 10/19 | 8,983.42 |
| 10/01 | 9,726.69 | 10/20 | 7,483.42 |
| 10/02 | 9,554.77 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RHONDA L GOLUB

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Sep 21 2020-Oct 20 2020 |
| Cust Ref #: | |
| Primary Account #: | |

#252        10/13        $12.00