UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John J. Hopkins, III, Esq.
545 Bath Avenue
Suite 201
Long Branch, NJ 07740
732-263-1414
732-263-1042
jhopkins@hopkinslaw.com
Attorney for Debtor

**Order Filed on November 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Barry Golub

Case No.:    20-10332

Chapter:    11

Judge:    Michael B. Kaplan

### ORDER AUTHORIZING RETENTION OF

John J. Hopkins, III, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __John J. Hopkins, III, Esq.__ as __Attorney for the Debtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: John J. Hopkins, III, Esq.
545 Bath Avenue, Suite 201
Long Branch, NJ 07740

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2