UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Maggie H. McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: maggie.mcgee@usdoj.gov

**Order Filed on January 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Barry Golub,

Debtor.

Case No.: 20-10332 (MBK)

Chapter 11

Hearing Date: December 10, 2020

Judge: Hon. Michael B. Kaplan

# ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 13, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Barry Golub

Chapter 11, Case No.: 20-10332 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

_____

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that Barry Golub ("Debtor"), shall file a Plan and Disclosure Statement within 60 days of the status conference held on December 10, 2020; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by the aforementioned deadline, the case will automatically convert to a chapter 7 case without further notice; and it is further