UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____
NEW JERSEY

In re: Barry Golub

Case No. __20-10332__
Reporting Period: NOVEMBER 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | x | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          12/16/2020
Signature of Debtor                 Date

_____          _____
Signature of Joint Debtor           Date

_____          _____
Signature of Authorized Individual*  Date

_____          _____
Printed Name of Authorized Individual  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

| In re: Barry Golub | Case No. __20-10332__ |
|---|---|
| Debtor | Reporting Period    NOVEMBER 2020 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Cash - Beginning of Month** | $13,180.34 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 0.00 |  |
| Interest and Dividend Income | 0.00 |  |
| Alimony and Child Support | 0.00 |  |
| Social Security and Pension Income | 0.00 |  |
| Sale of Assets | 0.00 |  |
| Unemployment | 2,568.00 |  |
| Commissions | 3,790.00 |  |
| Other Income (attach schedule) | 346.35 |  |
| **Total Receipts** | $6,704.35 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 1,268.17 |  |
| Rental Payment(s) | 0.00 |  |
| Other Secured Note Payments |  |  |
| Utilities | 648.12 |  |
| Insurance | 489.40 |  |
| Auto Expense | 334.41 |  |
| Lease Payments | 0.00 |  |
| IRA Contributions | 0.00 |  |
| Repairs and Maintenance | 0.00 |  |
| Medical Expenses | 369.00 |  |
| Household Expenses | 3,700.16 |  |
| Charitable Contributions | 0.00 |  |
| Alimony and Child Support Payments | 0.00 |  |
| Taxes - Real Estate | 1,200.00 |  |
| Taxes - Personal Property | 0.00 |  |
| Taxes - Other (attach schedule) | 0.00 |  |
| Travel and Entertainment | 346.83 |  |
| Gifts | 0.00 |  |
| Other (attach schedule) | 0.00 |  |
| Total Ordinary Disbursements | $8,356.09 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | 0.00 |  |
| U. S. Trustee Fees | 325.00 |  |
| Other Reorganization Expenses (attach schedule) | 0.00 |  |
| Total Reorganization Items | $325.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | $8,681.09 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | ($1,976.74) |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | $11,203.60 |  |

FORM MOR-1(INDV)
(9/99)

In re: Barry Golub  
    Debtor

Case No. __20-10332__  
Reporting Period: **NOVEMBER 2020**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| 11/23/2020 Rakuten payment | 6.35 | |
| 11/18/2020 Reimbursement from Son | 50.00 | |
| 11/23/2020 Reimbursement from Son | 90.00 | |
| 11/12/2020 Reimbursement from Son | 200.00 | |
| | 346.35 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

In re: Barry Golub
Debtor

## INDIVIDUAL DEBTOR CASH RECEIPTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Barry Golub's TD Account

| Date | Payror | Expanation | Amount |
|---|---|---|---|
| 11/6/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 11/13/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 11/20/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
| 11/27/2020 | STATE OF NJ - LA UI-DUA | Unemployment | 642.00 |
|  |  |  | 2,568.00 |

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Barry Golub's TD Bank Account

| Date | Payee | Expanation | Amount |
|---|---|---|---|
| 11/2/2020 | E Z PASSNY PAYMENT  800 333 8655 * NY | Tolls | 50.00 |
| 11/2/2020 | WAL MART WAL MART STO  HAMILTON * NJ | groceries | 55.05 |
| 11/5/2020 | PETE S DELI  ALLENTOWN * NJ | groceries | 11.57 |
| 11/6/2020 | PAYPAL NETFLIX COM  402 935 7733 * CA | televsion app | 13.85 |
| 11/6/2020 | AMERIHEALTH HMO OF NJ  800 275 2583 * PA | Health Insurance | 364.92 |
| 11/9/2020 | BROAD STREET DINER  HAMILTON * NJ | Dinner | 21.27 |
| 11/9/2020 | AMAZON COM 283I137Q1  AMZN COM BILL * WA | household exp | 21.27 |
| 11/9/2020 | QUICK CHEK FOOD STR  TRENTON * NJ | Gasoline | 38.74 |
| 11/9/2020 | TST THE SALTY WHALE AND  MANASQUAN * NJ | Dinner | 49.05 |
| 11/9/2020 | LOWE S 1046  HAMILTON * NJ | household exp | 108.18 |
| 11/9/2020 | BJS WHOLESALE 0 900 MAR  HAMILTON * NJ | groceries | 110.87 |
| 11/10/2020 | COSTCO GAS 0329  OCEAN * NJ | Gasoline | 34.31 |
| 11/10/2020 | MCLOONES SUPPER CLUB  ASBURY PARK * NJ | Lunch | 35.75 |
| 11/12/2020 | PP GOOGLE GOOGLE STORAGE  402 935 7733 * CA | Computer Storage | 1.99 |
| 11/13/2020 | FIVE BELO 300 HAMILTON  HAMILTON TWSP * NJ | Computer supply | 10.66 |
| 11/13/2020 | LA PIAZZA  ALLENTOWN * NJ | Dinner | 73.57 |
| 11/16/2020 | D J WALL ST JOURNAL  800 568 7625 * MA | newspaper subscrip | 19.99 |
| 11/16/2020 | PAYPAL BESTBUY COM  402 935 7733 * MN | Computer supply | 180.19 |
| 11/17/2020 | BJS WHOLESALE 0 900 MAR  HAMILTON * NJ | groceries | 62.52 |
| 11/18/2020 | WAWA STORE 83300083303  MONROE * NJ | Gasoline | 44.26 |
| 11/18/2020 | SHOPRITE HAMILTON S1  HAMILTON * NJ | groceries | 49.78 |
| 11/19/2020 | E Z PASSNY PAYMENT  800 333 8655 * NY | Tolls | 50.00 |
| 11/19/2020 | IDENTOGO NJ FINGERPRIN  877 512 6962 * PA | household exp | 95.20 |
| 11/19/2020 | US Chapter 11 Bankruptcy Trustee | Trustee Fee | 325.00 |
| 11/20/2020 | APPLE COM BILL  866 712 7753 * CA | Computer Storage | 0.99 |
| 11/23/2020 | APPLE COM BILL  866 712 7753 * CA | Computer Storage | 0.99 |
| 11/24/2020 | ALLENTOWN PHARMACY  ALLENTOWN * NJ | perscription | 4.08 |
| 11/24/2020 | BP 9821745ALKON BP  NEW BRUNSWICK * NJ | Gasoline | 10.40 |
| 11/24/2020 | BP 9821745ALKON BP  NEW BRUNSWICK * NJ | Gasoline | 18.08 |
| 11/25/2020 | PAYPAL LOCASTORG  402 935 7733 * NY | televsion app | 5.50 |
| 11/25/2020 | E Z PASSNY PAYMENT  800 333 8655 * NY | Tolls | 50.00 |
| 11/27/2020 | B E SERVICE CI  TRENTON * NJ | Gasoline | 38.62 |
| 11/27/2020 | SHOPRITE HAMILTON SQR S1  TRENTON * NJ | groceries | 56.13 |
| 11/27/2020 | FUBOTV INC  844 4413826 * NY | televsion app | 79.99 |
| 11/27/2020 | OPTIMUM 7865  973 230 6046 * NY | Internet | 151.50 |
| 11/30/2020 | PAYPAL MICROSOFT ONEDR  402 935 7733 * WA | Computer Storage | 1.99 |
| 11/30/2020 | PAYPAL HULU  402 935 7733 * CA | televsion app | 13.31 |
| 11/30/2020 | BROAD STREET DINER  HAMILTON * NJ | Dinner | 76.93 |
| 11/30/2020 | COSTCO WHSE 1199  LAWRENCE TOWN * NJ | groceries | 83.19 |
| 11/30/2020 | BJS WHOLESALE 0 900 MAR  HAMILTON * NJ | groceries | 93.46 |

2,513.15

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH RECEIPTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Rhonda Golub's TD Account

| Date | Payror | Expanation | Amount |
|---|---|---|---|
| 11/12/2020 | MOBILE DEPOSIT | | 200.00 |
| 11/17/2020 | CLEARCAPITAL.COM CLEARCAPIT | | 1,640.00 |
| 11/18/2020 | VENMO         CASHOUT | | 50.00 |
| 11/18/2020 | F&RAGENTCOMM    COMMISSION | | 2,150.00 |
| 11/23/2020 | MOBILE DEPOSIT | | 6.35 |
| 11/23/2020 | VENMO         CASHOUT | | 90.00 |
| | | | 4,136.35 |

In re: Barry Golub
Debtor

# INDIVIDUAL DEBTOR CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Rhonda Golub's TD Account

| Date | Payee | Expanation | Amount |
|---|---|---|---|
| 11/2/2020 | ABC JERSEY STRONG    888 8279262  * NJ | Gym Membership | 10.66 |
| 11/2/2020 | VISA DDA PUR 490641    ABC JERSEY STRONG    888 82 | Gym Membership | 79.92 |
| 11/2/2020 | Elite Design and Landscaping CHECK # 996053 | Landscaping Fall Cleanup | 586.44 |
| 11/4/2020 | CHECK # 210 | Weight loss dues | 10.00 |
| 11/6/2020 | AT&T MOBILITY   ONLINE PMT | Cell phone | 323.58 |
| 11/10/2020 | PSE&G      ONLINE PMT | Utility | 150.00 |
| 11/10/2020 | PNC CONSUMER LN  ONLINE PMT | mortgage payment | 1,268.17 |
| 11/13/2020 | HOMESITE      INS PREM | Home insurance | 489.40 |
| 11/16/2020 | DISCOVER CARD   ONLINE PMT | Credit Card payment | 600.00 |
| 11/16/2020 | Upper Freehold Twp CHECK # 996060 | | 1,200.00 |
| 11/17/2020 | CITI AUTOPAY    PAYMENT | Credit Card payment | 102.00 |
| 11/18/2020 | CHASE CARD SERV  ONLINE PMT | Credit Card payment | 1,000.00 |
| 11/20/2020 | FSTENERGY JCPL  ONLINE PMT | Utility | 174.54 |
| 11/24/2020 | SHOPRITE HAMILTON S1    HAMILTON    * NJ | Groceries | 61.75 |
| 11/25/2020 | WAL MART  WAL MART STO    HAMILTON    * NJ | Groceries/Household items | 32.79 |
| 11/25/2020 | BROAD STREET DINER    HAMILTON    * NJ | Dinner | 78.69 |

6,167.94



**Bank**

America's Most Convenient Bank®       E       STATEMENT OF ACCOUNT

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ
24 CLIFFWOOD DR
ALLENTOWN NJ  08501-0000

Page:                      1 of 5
Statement Period:  Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:



## Chapter 11 Checking

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,525.80 | Average Collected Balance | 5,552.84 |
| Electronic Deposits | 2,568.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,188.15 | Days in Period | 30 |
| Ending Balance | 5,580.65 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 11/13 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 11/20 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| 11/27 | ACH DEPOSIT, STATE OF NJ - LA UI-DUA ****77025 | 642.00 |
| | Subtotal: | 2,568.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/19 | 101 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEBIT POS, ****          AUT 103120 DDA PURCHASE<br>WAL MART  WAL MART STO   HAMILTON    * NJ | 55.05 |
| 11/02 | DEBIT CARD PURCHASE, ****          AUT 102920 VISA DDA PUR<br>E Z PASSNY PAYMENT    800 333 8655  * NY | 50.00 |
| 11/05 | DEBIT POS, ****          AUT 110520 DDA PURCHASE<br>PETE S DELI         ALLENTOWN   * NJ | 11.57 |
| 11/06 | DEBIT CARD PURCHASE, ****          AUT 110520 VISA DDA PUR<br>AMERIHEALTH HMO OF NJ    800 275 2583  * PA | 364.92 |
| 11/06 | DEBIT CARD PAYMENT, ****          AUT 110520 VISA DDA PUR<br>PAYPAL  NETFLIX COM    402 935 7733  * CA | 13.85 |
| 11/09 | DEBIT POS, ****          AUT 110720 DDA PURCH W/CB<br>BJS WHOLESALE 0 900 MAR   HAMILTON    * NJ | 110.87 |
| 11/09 | DEBIT POS, ****          AUT 110820 DDA PURCH W/CB<br>LOWE S  1046         HAMILTON    * NJ | 108.18 |
| 11/09 | DEBIT CARD PURCHASE, ****          AUT 110720 VISA DDA PUR<br>TST  THE SALTY WHALE AND   MANASQUAN   * NJ | 49.05 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    5,580.65

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    −

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

STATEMENT OF ACCOUNT

Page: 3 of 5
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | DEBIT CARD PURCHASE, ***** AUT 110520 VISA DDA PUR QUICK CHEK FOOD STR    TRENTON    * NJ | 38.74 |
| 11/09 | DEBIT CARD PURCHASE, ***** AUT 110820 VISA DDA PUR AMAZON COM 283I137Q1    AMZN COM BILL * WA | 21.27 |
| 11/09 | DEBIT CARD PURCHASE, ***** AUT 110520 VISA DDA PUR BROAD STREET DINER    HAMILTON    * NJ | 21.27 |
| 11/10 | DEBIT CARD PURCHASE, ***** AUT 110920 VISA DDA PUR MCLOONES SUPPER CLUB    ASBURY PARK  * NJ | 35.75 |
| 11/10 | DEBIT CARD PURCHASE, ***** AUT 110920 VISA DDA PUR COSTCO GAS  0329    OCEAN    * NJ | 34.31 |
| 11/12 | DEBIT CARD PURCHASE, ***** AUT 111120 VISA DDA PUR PP GOOGLE GOOGLE STORAGE   402 935 7733  * CA | 1.99 |
| 11/13 | DEBIT CARD PURCHASE, ***** AUT 111220 VISA DDA PUR LA PIAZZA    ALLENTOWN    * NJ | 73.57 |
| 11/13 | DEBIT POS, ***** AUT 111320 DDA PURCHASE FIVE BELO 300 HAMILTON    HAMILTON TWSP * NJ | 10.66 |
| 11/16 | DEBIT CARD PURCHASE, ***** AUT 111420 VISA DDA PUR PAYPAL  BESTBUY COM   402 935 7733  * MN | 180.19 |
| 11/16 | DEBIT CARD PAYMENT, ***** AUT 111320 VISA DDA PUR D J WALL ST JOURNAL   800 568 7625 * MA | 19.99 |
| 11/17 | DEBIT POS, ***** AUT 111720 DDA PURCH W/CB BJS WHOLESALE  0 900 MAR    HAMILTON    * NJ | 62.52 |
| 11/18 | DEBIT POS, ***** AUT 111820 DDA PURCHASE SHOPRITE HAMILTON S1    HAMILTON    * NJ | 49.78 |
| 11/18 | DEBIT CARD PURCHASE, ***** AUT 111720 VISA DDA PUR WAWA  STORE 83300083303    MONROE    * NJ | 44.26 |
| 11/19 | DEBIT CARD PURCHASE, ***** AUT 111820 VISA DDA PUR IDENTOGO  NJ FINGERPRIN   877 512 6962  * PA | 95.20 |
| 11/19 | DEBIT CARD PURCHASE, ***** AUT 111720 VISA DDA PUR E Z PASSNY PAYMENT   800 333 8655  * NY | 50.00 |
| 11/20 | DEBIT CARD PAYMENT, ***** AUT 111720 VISA DDA PUR APPLE COM BILL    * CA | 0.99 |
| 11/23 | DEBIT CARD PAYMENT, ***** AUT 112120 VISA DDA PUR APPLE COM BILL   866 712 7753  * CA | 0.99 |
| 11/24 | DEBIT CARD PURCHASE, ***** AUT 112320 VISA DDA PUR BP 9821745ALKON BP    NEW BRUNSWICK * NJ | 18.08 |
| 11/24 | DEBIT CARD PURCHASE, ***** AUT 112320 VISA DDA PUR BP 9821745ALKON BP    NEW BRUNSWICK * NJ | 10.40 |
| 11/24 | DEBIT CARD PURCHASE, ***** AUT 112320 VISA DDA PUR ALLENTOWN PHARMACY    ALLENTOWN    * NJ | 4.08 |
| 11/25 | DEBIT CARD PURCHASE, ***** AUT 112320 VISA DDA PUR E Z PASSNY PAYMENT   800 333 8655  * NY | 50.00 |
| 11/25 | DEBIT CARD PURCHASE, ***** AUT 112420 VISA DDA PUR PAYPAL  LOCASTORG   402 935 7733  * NY | 5.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

Page: 4 of 5
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #: 4372331739-039-E-***
Primary Account #: 437-2331739

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT CARD PURCHASE, ***** AUT 112420 VISA DDA PUR OPTIMUM 7865    973 230 6046  * NY | 151.50 |
| 11/27 | DEBIT CARD PAYMENT, ***, AUT 112520 VISA DDA PUR FUBOTV INC    844 4413826  * NY | 79.99 |
| 11/27 | DEBIT POS, ****, AUT 112620 DDA PURCH W/CB SHOPRITE HAMILTON SQR S1   TRENTON   * NJ | 56.13 |
| 11/27 | DEBIT POS, ****, AUT 112720 DDA PURCHASE B E SERVICE CI    TRENTON   * NJ | 38.62 |
| 11/30 | DEBIT POS, *****, AUT 113020 DDA PURCH W/CB BJS WHOLESALE 0 900 MAR   HAMILTON   * NJ | 93.46 |
| 11/30 | DEBIT POS, *****, AUT 112920 DDA PURCHASE COSTCO WHSE 1199    LAWRENCE TOWN * NJ | 83.19 |
| 11/30 | DEBIT CARD PURCHASE, ***** AUT 112720 VISA DDA PUR BROAD STREET DINER    HAMILTON   * NJ | 76.93 |
| 11/30 | DEBIT CARD PURCHASE, ***** AUT 112720 VISA DDA PUR PAYPAL  HULU    402 935 7733 * CA | 13.31 |
| 11/30 | DEBIT CARD PURCHASE, ***** AUT 112720 VISA DDA PUR PAYPAL  MICROSOFT ONEDR   402 935 7733 * WA | 1.99 |
| | Subtotal: | 2,188.15 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 5,525.80 | 11/17 | 5,546.05 |
| 11/02 | 5,420.75 | 11/18 | 5,452.01 |
| 11/05 | 5,409.18 | 11/19 | 4,981.81 |
| 11/06 | 5,672.41 | 11/20 | 5,622.82 |
| 11/09 | 5,323.03 | 11/23 | 5,621.83 |
| 11/10 | 5,252.97 | 11/24 | 5,589.27 |
| 11/12 | 5,250.98 | 11/25 | 5,533.77 |
| 11/13 | 5,808.75 | 11/27 | 5,849.53 |
| 11/16 | 5,608.57 | 11/30 | 5,580.65 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



# Bank
America's Most Convenient Bank®

BARRY D GOLUB
DIP CASE 20-10332 DIST OF NJ

**STATEMENT OF ACCOUNT**

Page: 5 of 5
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:



#101    11/19    $325.00



**Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

RHONDA L GOLUB
24 CLIFFWOOD DRIVE
ALLENTOWN NJ  08501

Page: 1 of 5
Statement Period: Oct 21 2020-Nov 20 2020
Cust Ref #: 
Primary Account #:

## TD Convenience Checking

RHONDA L GOLUB    Account # 

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,483.42 | Average Collected Balance | 7,090.26 |
| Deposits | 200.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 10,371.25 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 10.00 | Days in Period | 31 |
| Electronic Payments | 12,344.84 | | |
| Ending Balance | 5,699.83 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | MOBILE DEPOSIT | 200.00 |
| | Subtotal: | 200.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN ***-*8-7387 | 900.00 |
| 10/26 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 3,015.63 |
| 10/27 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 2,615.62 |
| 11/17 | ACH DEPOSIT, CLEARCAPITAL.COM CLEARCAPIT    l2 | 1,640.00 |
| 11/18 | ACH DEPOSIT, VENMO CASHOUT ****894022 | 50.00 |
| 11/18 | ACH DEPOSIT, F&RAGENTCOMM COMMISSION ****01760AGT | 2,150.00 |
| | Subtotal: | 10,371.25 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/04 | 210 | 10.00 |
| | Subtotal: | 10.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  5,699.83

② Total Deposits  +

③ Sub Total

④ Total Withdrawals  −

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RHONDA L GOLUB

Page: 3 of 5
Statement Period: Oct 21 2020-Nov 20 2020
Cust Ref #:
Primary Account #:



## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | TD BILL PAY SERV, WASTE MANAGEMENT ONLINE PMT TDB****39211POS | 161.61 |
| 10/27 | TD BILL PAY SERV, DISCOVER CARD ONLINE PMT TDB****39211POS | 500.00 |
| 10/27 | TDBANK BILL PAY CHECK, ADELE KOLBRENER CHECK# 996040 | 200.00 |
| 10/27 | TDBANK BILL PAY CHECK, UPPER FREEHOLD TAX COLLECTOR CHECK# 996054 | 1,000.00 |
| 10/29 | TDBANK BILL PAY CHECK, UPPER FREEHOLD TAX COLLECTOR CHECK# 996056 | 1,452.16 |
| 10/30 | TD BILL PAY SERV, KOHLS ONLINE PMT TDB****39211POS | 46.36 |
| 10/30 | TD BILL PAY SERV, CHASE CARD SERV ONLINE PMT TDB****39211POS | 3,000.00 |
| 11/02 | DEBIT CARD PAYMENT, ****         AUT 110120 VISA DDA PUR ABC JERSEY STRONG     888 8279262  * NJ | 10.66 |
| 11/02 | DEBIT CARD PAYMENT, ****         AUT 110120 VISA DDA PUR ABC JERSEY STRONG     888 8279262  * NJ | 79.92 |
| 11/02 | TDBANK BILL PAY CHECK, ELITE DESIGN AND LANDSCAPING CHECK# 996053 | 586.44 |
| 11/06 | TD BILL PAY SERV, AT&T MOBILITY ONLINE PMT TDB****39211POS | 323.58 |
| 11/10 | TD BILL PAY SERV, PSE&G ONLINE PMT TDB****39211POS | 150.00 |
| 11/10 | TD BILL PAY SERV, PNC CONSUMER LN ONLINE PMT TDB****39211POS | 1,268.17 |
| 11/13 | ACH DEBIT, HOMESITE INS PREM   36893310 | 489.40 |
| 11/16 | TD BILL PAY SERV, DISCOVER CARD ONLINE PMT TDB****39211POS | 600.00 |
| 11/16 | TDBANK BILL PAY CHECK, UPPER FREEHOLD TAX COLLECTOR CHECK# 996060 | 1,200.00 |
| 11/17 | ELECTRONIC PMT-WEB, CITI AUTOPAY PAYMENT ****77401302233 | 102.00 |
| 11/18 | TD BILL PAY SERV, CHASE CARD SERV ONLINE PMT TDB****39211POS | 1,000.00 |
| 11/20 | TD BILL PAY SERV, FSTENERGY JCPL ONLINE PMT TDB****39211POS | 174.54 |
| | Subtotal: | 12,344.84 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/20 | 7,483.42 | 11/06 | 6,643.94 |
| 10/23 | 8,383.42 | 11/10 | 5,225.77 |
| 10/26 | 11,399.05 | 11/12 | 5,425.77 |
| 10/27 | 12,153.06 | 11/13 | 4,936.37 |
| 10/29 | 10,700.90 | 11/16 | 3,136.37 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RHONDA L GOLUB

Page: 4 of 5
Statement Period: Oct 21 2020-Nov 20 2020
Cust Ref #: 
Primary Account #:

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE |
| 10/30 | 7,654.54 | 11/17 | 4,674.37 |
| 11/02 | 6,977.52 | 11/18 | 5,874.37 |
| 11/04 | 6,967.52 | 11/20 | 5,699.83 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

RHONDA L GOLUB

STATEMENT OF ACCOUNT

Page: 5 of 5
Statement Period: Oct 21 2020-Nov 20 2020
Cust Ref #:
Primary Account #:



#210   11/04   $10.00