UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Maggie H. McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: maggie.mcgee@usdoj.gov

**Order Filed on January 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Case No.: 20-10332 (MBK) |
| Barry Golub, | Chapter 11 |
| Debtor. | Hearing Date: December 10, 2020 |
| | Judge: Hon. Michael B. Kaplan |

## ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

......

**DATED: January 13, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Barry Golub

Chapter 11, Case No.: 20-10332 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

_____

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that Barry Golub ("Debtor"), shall file a Plan and Disclosure Statement within 60 days of the status conference held on December 10, 2020; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by the aforementioned deadline, the case will automatically convert to a chapter 7 case without further notice; and it is further

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-10332-MBK

Barry Golub                                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Jan 14, 2021                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID              Recipient Name and Address**
db                          +  Barry Golub, 24 Cliffwood Dr., Allentown, NJ 08501-2041

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed
below:**

**Name**                          **Email Address**

Denise E. Carlon
                                    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,
                                    bkgroup@kmllawgroup.com

Eamonn O'Hagan
                                    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Francis J. Ballak
                                    on behalf of Creditor Trenton  City of francis@gmslaw.com

John J. Hopkins, III
                                    on behalf of Plaintiff Barry Golub jhopkins@hopkinslaw.com

John J. Hopkins, III
                                    on behalf of Debtor Barry Golub jhopkins@hopkinslaw.com

Keith A. Bonchi

on behalf of Creditor Trenton  City of keith@gmslaw.com

Margaret Mcgee

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Ward Benson

on behalf of Creditor United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov
Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Ward Benson

on behalf of Defendant IRS ward.w.benson@usdoj.gov  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 10