UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>Barry Golub | Case No.: 20-10332 |
| | Hearing Date: 3/11/21 at 10:00am |
| | Judge: Michael B. Kaplan |

# ORDER TO SHOW CAUSE
# FOR DISMISSAL OR CONVERSION
# IN A CHAPTER 11 CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 17, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

SO1

**(Page 2)**

Debtor: Barry Golub

Case No.: 20-10332

Caption of Order: ORDER TO SHOW CAUSE FOR DISMISSAL OR CONVERSION IN A CHAPTER 11 CASE

The court having noted the apparent inactivity of this case, it is

ORDERED that all parties in interest shall show cause on _____March 11, 2021_____ at __10:00 a__.m, in the United States Bankruptcy Court, _____Trenton_____, New Jersey, Courtroom number __8__, before the Honorable _____Michael B. Kaplan_____ why this case should not be dismissed or converted to Chapter 7 for failure to prosecute Chapter 11 Case.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

Pursuant to Fed. R. Bankr. P. 2002(a)(4), the Clerk shall provide all parties in interest with notification of this hearing not less than twenty (20) days prior to the date set forth above.