**Order Filed on February 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Barry Golub | Case No. _____20-10332_____<br><br>Hearing Date: ___3/11/21 at 10:00am___<br><br>Judge: ___Michael B. Kaplan___ |

## ORDER TO SHOW CAUSE
## FOR DISMISSAL OR CONVERSION
## IN A CHAPTER 11 CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 17, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

SO1

**(Page 2)**

Debtor:        Barry Golub

Case No.:     20-10332

Caption of Order:    ORDER TO SHOW CAUSE FOR DISMISSAL OR CONVERSION IN A
CHAPTER 11 CASE

The court having noted the apparent inactivity of this case, it is

ORDERED that all parties in interest shall show cause on _____March 11, 2021_____ at ___10:00 a_.m, in the United States Bankruptcy Court, _____Trenton_____, New Jersey, Courtroom number __8__, before the Honorable _____Michael B. Kaplan_____why this case should not be dismissed or converted to Chapter 7 for failure to prosecute Chapter 11 Case.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

Pursuant to Fed. R. Bankr. P. 2002(a)(4), the Clerk shall provide all parties in interest with notification of this hearing not less than twenty (20) days prior to the date set forth above.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-10332-MBK

Barry Golub                                                                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

**Recip ID            Recipient Name and Address**
db                  +  Barry Golub, 24 Cliffwood Dr., Allentown, NJ 08501-2041

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                          Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Francis J. Ballak | on behalf of Creditor Trenton  City of francis@gmslaw.com |
| John J. Hopkins, III | on behalf of Plaintiff Barry Golub jhopkins@hopkinslaw.com |
| John J. Hopkins, III | on behalf of Debtor Barry Golub jhopkins@hopkinslaw.com |
| Keith A. Bonchi | |

District/off: 0312-3                              User: admin                                                     Page 2 of 2
Date Rcvd: Feb 17, 2021                       Form ID: pdf903                                            Total Noticed: 1

on behalf of Creditor Trenton  City of keith@gmslaw.com

Margaret Mcgee

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Ward Benson

on behalf of Creditor United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov
Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Ward Benson

on behalf of Defendant IRS ward.w.benson@usdoj.gov  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov


TOTAL: 10