Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−10332−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry Golub
   24 Cliffwood Dr.
   Allentown, NJ 08501

Social Security No.:
   xxx−xx−7258

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

   A Disclosure Statement was filed by Barry Golub on February 28, 2021 , pursuant to Fed. R. Bankr. P. 3016.

   The Court shall conduct a hearing as to the adequacy of such statement before Honorable Michael B. Kaplan on :

Date:        April 8, 2021
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

   Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

   To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

John J. Hopkins, III
545 Bath Avenue, Suite 201
Long Branch, NJ 07740−4106
(732) 263−1414


Dated: March 1, 2021
JAN: ghm

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Barry Golub  
    Debtor

Case No. 20-10332-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 01, 2021      Form ID: 195      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Golub, 24 Cliffwood Dr., Allentown, NJ 08501-2041 |
| cr | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division Of Taxation, New Jersey Division of Taxation Bankrupt, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| cr | + | Trenton, City of, City of Trenton, 319 East State Street, Rm. 108, Trenton, NJ 08608-1809 |
| 518653459 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518653460 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518684266 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518653462 | + | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 518653463 | + | City of Trenton, Tax Collector, 319 East State Street, Trenton, NJ 08608-1809 |
| 518672409 | + | City of Trenton Tax Collector, POB 210, Trenton, NJ 08602-0210 |
| 518653465 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518653466 | + | Fredrick Goldring, 494 Long Hill Drive, Short Hills, NJ 07078-1227 |
| 518653469 | | Meridian Hospital, PO Box 650292, Dallas, TX 75265-0292 |
| 518653472 | + | PHH Mortgage Servicing, Attn: Bankruptcy Department, Po Box 5452, Mount Laurel, NJ 08054-5452 |
| 518653476 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518655277 | + | Rhonda Golub, 24 Cliffwood Rd., Allentown, NJ 08501-2041 |
| 518653480 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518653478 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518653481 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2021 23:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2021 23:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2021 23:30:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518653462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2021 23:17:42 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 518653464 | | Email/Text: mrdiscen@discover.com | Mar 01 2021 23:30:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518734533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2021 23:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518653461 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 01 2021 23:13:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

Case 20-10332-MBK    Doc 63    Filed 03/03/21    Entered 03/04/21 00:18:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 195 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518653470 | + | Email/Text: Bankruptcies@nragroup.com | Mar 01 2021 23:32:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 518653473 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2021 23:30:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 518739913 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2021 23:30:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518653474 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2021 23:30:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518653475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2021 23:15:17 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518762542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2021 23:17:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518698791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2021 23:15:16 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 518654128 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2021 23:15:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518653477 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2021 23:15:06 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518653479 | | Email/Text: bankruptcy@td.com | Mar 01 2021 23:31:00 | TD Bank, Attn: Bankruptcy, Po Box 1190, Lewiston, ME 04246 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518653468 | | Magyar Bank |
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| 518653467 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518653471 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519005486 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed**

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Francis J. Ballak | on behalf of Creditor Trenton  City of francis@gmslaw.com |
| John J. Hopkins, III | on behalf of Plaintiff Barry Golub jhopkins@hopkinslaw.com |
| John J. Hopkins, III | on behalf of Debtor Barry Golub jhopkins@hopkinslaw.com |
| Keith A. Bonchi | on behalf of Creditor Trenton  City of keith@gmslaw.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Ward Benson | on behalf of Creditor United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |
| Ward Benson | on behalf of Defendant IRS ward.w.benson@usdoj.gov  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |

TOTAL: 10