Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10332−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry Golub
   24 Cliffwood Dr.
   Allentown, NJ 08501

Social Security No.:
   xxx−xx−7258

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/11/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 11, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                               Case No. 20-10332-MBK

Barry Golub                                                                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                            User: admin                                            Page 1 of 3
Date Rcvd: Mar 11, 2021                                    Form ID: 148                                     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Golub, 24 Cliffwood Dr., Allentown, NJ 08501-2041 |
| cr | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division Of Taxation, New Jersey Division of Taxation Bankrupt, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| cr | + | Trenton, City of, City of Trenton, 319 East State Street, Rm. 108, Trenton, NJ 08608-1809 |
| 518684266 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518653463 | + | City of Trenton, Tax Collector, 319 East State Street, Trenton, NJ 08608-1809 |
| 518672409 | + | City of Trenton Tax Collector, POB 210, Trenton, NJ 08602-0210 |
| 518653466 | + | Fredrick Goldring, 494 Long Hill Drive, Short Hills, NJ 07078-1227 |
| 518653469 | | Meridian Hospital, PO Box 650292, Dallas, TX 75265-0292 |
| 518653472 | + | PHH Mortgage Servicing, Attn: Bankruptcy Department, Po Box 5452, Mount Laurel, NJ 08054-5452 |
| 518653476 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518655277 | + | Rhonda Golub, 24 Cliffwood Rd., Allentown, NJ 08501-2041 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Mar 12 2021 01:28:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518653459 | + | EDI: AMEREXPR.COM | Mar 12 2021 01:28:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518653460 | + | EDI: BANKAMER.COM | Mar 12 2021 01:28:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518653462 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 518653464 | | EDI: DISCOVER.COM | Mar 12 2021 01:28:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518653465 | | EDI: FORD.COM | Mar 12 2021 01:28:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518734533 | | EDI: JEFFERSONCAP.COM | Mar 12 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518653461 | | EDI: JPMORGANCHASE | Mar 12 2021 01:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518653470 | + | Email/Text: Bankruptcies@nragroup.com | Mar 11 2021 20:53:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 518653473 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 518739913 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518653474 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2021 20:51:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518653475 | | EDI: PRA.COM | Mar 12 2021 01:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518762542 | | EDI: PRA.COM | Mar 12 2021 01:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518698791 | | EDI: PRA.COM | Mar 12 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 518654128 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518653477 | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518653479 | | EDI: TDBANKNORTH.COM | Mar 12 2021 01:28:00 | TD Bank, Attn: Bankruptcy, Po Box 1190, Lewiston, ME 04246 |
| 518653480 | | EDI: TFSR.COM | Mar 12 2021 01:28:00 | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518653478 | + | EDI: WTRRNBANK.COM | Mar 12 2021 01:28:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518653481 | + | EDI: WFFC.COM | Mar 12 2021 01:28:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518653468 | | Magyar Bank |
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| 518653467 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518653471 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519005486 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021       Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Francis J. Ballak
on behalf of Creditor Trenton  City of francis@gmslaw.com

John J. Hopkins, III
on behalf of Plaintiff Barry Golub jhopkins@hopkinslaw.com

John J. Hopkins, III
on behalf of Debtor Barry Golub jhopkins@hopkinslaw.com

Keith A. Bonchi
on behalf of Creditor Trenton  City of keith@gmslaw.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Ward Benson
on behalf of Creditor United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Ward Benson
on behalf of Defendant IRS ward.w.benson@usdoj.gov  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 10